# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146230

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

GERALD EUGENE FLETCHER,
            Defendant-Appellant.

SC:  146230
COA:  311140
Montmorency CC: 05-000963-FC

_____/

On order of the Court, the application for leave to appeal the September 28, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013

s0617

Clerk